1  Rayma Church, No. 154897
   E-Mail: rchurch@lawecs.com
2  LAW OFFICES OF
   EMERSON, COREY, SORENSEN,
3      CHURCH & YOHMAN
   2520 WEST SHAW LANE, Suite 102
4  FRESNO, CALIFORNIA 93711-2765
   Telephone (559) 432-7641
5  Facsimile (559) 432-7639

6  Attorneys for Plaintiff, RODNEY PLATZER

7

   DANIEL J. CRAVENS, Bar No. 207859
8  E-Mail: dcravens@littler.com
   KHATEREH SAGE FAHIMI, Bar No. 252152
9  E-Mail: sfahimi@littler.com
   LITTLER MENDELSON
10 A Professional Corporation
   5200 North Palm Avenue
11 Suite 302
   Fresno, CA 93704.2225
12 Telephone:   559.244.7500
   Facsimile:   559.244.7525
13
   Attorneys for Defendant HENRY SCHEIN, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 | RODNEY PLATZER,            | Case No. C08-04907 SI
18 |         Plaintiff,         | **STIPULATED EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES**
19 |   v.                       |
20 | HENRY SCHEIN, INC.,        |
21 |         Defendants.        |

22

23

24 ///

25 ///

26 ///

27 ///

28 ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

STIPULATED EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES– CASE NO. C08-04907 SI

Case 3:08-cv-04907-RS Document 12 Filed 01/22/09 Page 2 of 2
Case 3:08-cv-04907-SI Document 10 Filed 01/21/2009 Page 2 of 2

Jan-15-09 07:08pm From- T-033 P.009/009 F-343

1  Pursuant to Rules 6-1(b), 6-2 and 7-12 of the Court's local rules, the parties hereby stipulate
2  through their respective counsel of record to extend the time for submitting initial disclosures from
3  January 23, 2009 to March 30, 2009.
4  The parties acknowledge that there has not been any previous time modifications in this case
5  and that this extension will not otherwise have an effect on the schedule of this case.

7  Dated: January 19, 2009

9  RAYMA CHURCH
   EMERSON, COREY, SORENSEN,
10     CHURCH & YOHMAN
   Attorneys for Plaintiff,
11 RODNEY PLATZER

14 Dated: January 20, 2009

16 DANIEL J. CRAVENS
   LITTLER MENDELSON
   A Professional Corporation
17 Attorneys for Defendant
   HENRY SCHEIN, INC.

20       PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 Dated: January ____, 2009

23 THE HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

Firmwide:88140517.1 052225.1035

2.