IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY PLATZER, | No. C 08-04907 SI |
|         Plaintiff, | **PRETRIAL PREPARATION ORDER** |
|   v. | |
| HENRY SCHEIN, INC., | |
|         Defendant.                / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 24, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 29, 2010</u>.

DESIGNATION OF EXPERTS: <u>4/16/10</u>; REBUTTAL: <u>4/26/10</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>5/14/10</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by ; <u>February 19, 2010</u>

    Opp. Due <u>March 5, 2010</u>;  Reply Due <u>March 12, 2010</u>;

    and set for hearing no later than <u>March 26, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 8, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 21, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall complete private mediation by November 20, 2009.
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur during the first two weeks in March 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                               United States District Judge