1  Rayma Church, No. 154897
   E-Mail: rchurch@lawecs.com
2  LAW OFFICES OF
   EMERSON, COREY, SORENSEN,
3     CHURCH & YOHMAN
   2520 WEST SHAW LANE, Suite 102
4  FRESNO, CALIFORNIA 93711-2765
   Telephone (559) 432-7641
5   Facsimile  (559) 432-7639

6  Attorneys for Plaintiff, RODNEY PLATZER

7

   DANIEL J. CRAVENS, Bar No. 207859
8  E-Mail: dcravens@littler.com
   KHATEREH SAGE FAHIMI, Bar No. 252152
9  E-Mail: sfahimi@littler.com
   LITTLER MENDELSON
10 A Professional Corporation
   5200 North Palm Avenue, Suite 302
11 Fresno, CA 93704.2225
   Telephone:    559.244.7500
12 Facsimile:    559.244.7525

13 Attorneys for Defendant HENRY SCHEIN, INC.

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16
   RODNEY PLATZER,                    Case No.  3:08-cv-04907-SI
17
                 Plaintiff,           **STIPULATION AND ORDER RE:**
18                                     **CONTINUATION OF MEDIATION DATE**
         v.
19
   HENRY SCHEIN, INC.,
20
                 Defendant.
21

22

23        The parties, through their respective counsel, seek to amend the Court-ordered

24 deadline to complete mediation in this matter.  Accordingly, the parties stipulate that:

25        1.    On October 27, 2008, plaintiff Rodney Platzer filed a civil action United

26 States District Court, Northern District of California.

27        2.    Plaintiff alleges, inter alia, gender orientation and age discrimination.

28 Defendant denies all such allegations.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

(CASE NO.  3:08-CV-04907-SI)

Stipulation and Order Re: Continuation of Mediation Date

3.     The Court ordered, in consultation with the parties, at the conclusion of a Case Management Conference on January 30, 2009, that the parties complete mediation on or before November 20, 2009.

4.     The parties agree that mediation will be more effective if certain witnesses are deposed prior to the November 20, 2009 mediation deadline.  The parties further agree that plaintiff has scheduling conflicts which will make it impossible for those depositions, several of which shall occur out of state, to occur prior to November 20, 2009.  Therefore, the parties hereby stipulate to and request that the Court-order the mediation deadline be delayed until December 18, 2009 and hereby request that the Court shall so order.

5.     The other Court ordered deadlines shall remain as previously ordered.

Respectfully submitted,

Dated: November _____, 2009

RAYMA CHURCH
EMERSON, COREY, SORENSEN,
CHURCH & YOHMAN
Attorneys for Plaintiff,
RODNEY PLATZER

Dated: November 2, 2009

DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

(CASE NO. 3:08-CV-04907-SI)                    2.

STIPULATION AND ORDER RE: CONTINUATION OF MEDIATION DATE

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: _____

    UNITED STATES DISTRICT COURT

4

5

6   Firmwide:92652827.1 052225.1035

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(CASE NO.  3:08-CV-04907-SI)                3.

STIPULATION AND ORDER RE: CONTINUATION OF MEDIATION DATE