1 Rayma Church, No. 154897
E-Mail: rchurch@lawecs.com
2 LAW OFFICES OF
EMERSON, COREY, SORENSEN,
3   CHURCH & YOHMAN
2520 WEST SHAW LANE, Suite 102
4 FRESNO, CALIFORNIA 93711-2765
Telephone (559) 432-7641
5  Facsimile (559) 432-7639

6 Attorneys for Plaintiff, RODNEY PLATZER

7

8 DANIEL J. CRAVENS, Bar No. 207859
E-Mail: dcravens@littler.com
  KHATEREH SAGE FAHIMI, Bar No. 252152
9 E-Mail: sfahimi@littler.com
LITTLER MENDELSON
10 A Professional Corporation
5200 North Palm Avenue, Suite 302
11 Fresno, CA 93704.2225
Telephone: 559.244.7500
12 Facsimile: 559.244.7525

13 Attorneys for Defendant HENRY SCHEIN, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY PLATZER,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY SCHEIN, INC.,<br><br>    Defendant. | Case No. 3:08-cv-04907-SI<br><br>**STIPULATION AND ORDER RE: CONTINUATION OF MEDIATION DATE AND DISCOVERY CUT-OFF** |

      The parties, through their respective counsel, seek to amend the Court-ordered deadline to complete mediation in this matter. Accordingly, the parties stipulate that:

      1.    On October 27, 2008, Plaintiff Rodney Platzer filed a civil action United States District Court, Northern District of California.

      2.    Plaintiff alleges, inter alia, gender orientation and age discrimination. Defendant denies all such allegations.

(CASE NO. 3:08-CV-04907-SI)

Stipulation and Order Re: Continuation of Mediation Date and Discovery Cut-Off

1      3.     The Court ordered, in consultation with the parties, at the conclusion of a Case Management Conference on January 30, 2009, that the parties complete mediation on or before November 20, 2009.

4. The parties agreed that mediation would be more effective if certain witnesses are deposed prior to the mediation deadline. The parties further agreed that the Plaintiff had scheduling conflicts which made it impossible for those depositions, several of which were to occur out of state, to occur prior to the initial November 20, 2009 deadline.

5. On November 3, 2009 the parties requested an extension of the mediation deadline. The court ordered the requested extension on November 4, 2009. Currently, mediation is set for December 18, 2009.

6. On October 26, 2009 Defendant's counsel's, Daniel Cravens, father suffered a heart attack and has been hospitalized in critical condition, requiring Mr. Cravens to take two weeks leave. Mr. Cravens' father is expected to be hospitalized for at least another month.

7. To compound this issue, Mr. Cravens has a trial scheduled for February 8, 2010 in an unrelated matter. The discovery cutoff in this case is December 7, 2009. As such, much of Mr. Cravens time through out November and early December was used to reschedule the depositions he was unable to attend in the February 8, 2010 case.

8. Furthermore, on November 16, 2009 Plaintiff's counsel, Rayma Church, began trial in an unrelated matter. Ms. Church's trial is currently ongoing and anticipated to last until December 4, 2009, but may continue into the next week. As a result of her trial, Mr. Church has been unavailable since Mr. Cravens' return.

9. Due to the above issues, the parties have been unable to set the depositions necessary for effective mediation of this case.

10. The discovery cut off for this case is currently set for January 29, 2010. The parties agree that it will be impossible to take the remaining deposition prior to that date and hereby stipulate to and request that:

    a.     Non-Expert discovery cut-off be moved to March 5, 2009

(CASE NO. 3:08-CV-04907-SI)     2.

STIPULATION AND ORDER RE: CONTINUATION OF MEDIATION DATE AND DISCOVERY CUT-OFF

      b.    Last day to file Motion to Compel Discovery be moved to March 16, 2009

      c.    Last day to file Dispositive Motions be moved to March 19, 2009

      d.    Last day to file Opposition to Dispositive Motions Due be moved to April 2, 2010

      e.    Last day to file Reply to Dispositive Motions be moved to April 9, 2010

      f.    Hearing on Dispositive Motions be moved to April 23, 2010

The other Court ordered deadlines shall remain as previously ordered.

Respectfully submitted,

Dated: November 30, 2009

                              RAYMA CHURCH
                              EMERSON, COREY, SORENSEN, CHURCH & YOHMAN
                              Attorneys for Plaintiff,
                              RODNEY PLATZER

Dated: November 20, 2009

                              DANIEL J. CRAVENS
                              LITTLER MENDELSON
                              A Professional Corporation
                              Attorneys for Defendant
                              HENRY SCHEIN, INC.

STIPULATION AND ORDER RE: CONTINUATION OF MEDIATION DATE AND DISCOVERY CUT-OFF

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____

   *[Signature: Susan Illston]*
   UNITED STATES DISTRICT COURT

6  Firmwide:93050272.1 052225.1035

(CASE NO. 3:08-CV-04907-SI)          4.