1  DANIEL J. CRAVENS, Bar No. 207859
   E-Mail: dcravens@littler.com
2  KHATEREH SAGE FAHIMI, Bar No. 252152
   E-Mail: sfahimi@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  5200 North Palm Avenue
   Suite 302
5  Fresno, CA  93704.2225
   Telephone:    559.244.7500
6  Facsimile:    559.244.7525

7  Attorneys for Defendant
   HENRY SCHEIN, INC.
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11 RODNEY PLATZER,                    | Case No.  C08-04907 SI
12            Plaintiff,              | **REQUEST OF DEFENDANT HENRY SCHEIN, INC. IN HOUSE COUNSEL TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JAMES LARSON AND PROPOSED ORDER**
13     v.                             |
14 HENRY SCHEIN, INC.,                |
15            Defendant.              | Date:   March 3, 2010
16                                    | Time:   2:00 p.m.
17
18

19

20         Pursuant to Magistrate Judge James Larson's Notice of Settlement Conference and
21 Settlement Conference Order, Defendant Henry Schein, Inc. respectfully requests that Henry
22 Schein's in house counsel Kristen Kapoor participate, in the Settlement Conference, set for March 3,
23 2010 at 2:00 p.m., by telephone.
24         Henry Schein's in house counsel Kristen Kapoor has managed this case on behalf of
25 Henry Schein throughout the litigation.  As such, she is the person most qualified to represent Henry
26 Schein at the settlement conference.  However, Ms. Kapoor is currently unable to travel because of
27 her pregnancy.  Her doctor's note instructing her not to travel is attached as Exhibit "A".
28 ///

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559 244 7500

REQUEST TO APPEAR BY TELEPHONE AT SETTLEMENT CONF. - CASE NO. C08-04907 SI

Accordingly, Defendant Henry Schein respectfully requests permission for Ms. Kapoor to appear at the settlement conference by telephone. Ms. Kapoor can be reached directly at 631-454-3047.

Dated: March 2, 2010

Respectfully submitted,

_____
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

Firmwide:94347513.1 052225.1035

## ORDER

It is hereby ordered by the Court that Defendant Henry Schein's in house counsel Kristen Kapoor appear via telephone at the Settlement Conference on March 3, 2010, at 2:00 p.m. In addition the Court orders:

March 2, 2010
~~Dated~~                    _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704 2225
559 244 7500

2.

# Exhibit "A"

**MILAGROS D. DIAZ, M.D.**
157 FROEHLICH FARM BLVD.
WOODBURY, NY 11797

TEL: (516) 921-3168     FAX: (516) 921-0292

Name Kristen Kapoor     Age _____

Address _____     Date 2/22/10

℞ To whom it may concern,
Mrs. Kapoor is pregnant with
due date of 5/16/10. She is
Presently in her third trimester
(28 weeks) and is advised <u>not</u>
to fly.

[signature]

PRESCRIPTION FOR RADIOLOGIC EXAM OR PROCEDURE ONLY
(NOT TO BE USED FOR MEDICATIONS)
**PLEASE HAVE A COPY OF THE REPORT SENT TO MY OFFICE**