Rayma Church, No. 154897
E-Mail: rchurch@lawecs.com
LAW OFFICES OF
**EMERSON, COREY, SORENSEN,
 CHURCH & LIBKE**
2520 WEST SHAW LANE, Suite 102
FRESNO, CALIFORNIA  93711-2765
Telephone  (559) 432-7641
 Facsimile   (559) 432-7639

Attorneys for Plaintiff, RODNEY PLATZER


DANIEL J. CRAVENS, Bar No. 207859
E-Mail: dcravens@littler.com
KHATEREH SAGE FAHIMI, Bar No. 252152
E-Mail: sfahimi@littler.com
**LITTLER MENDELSON**
A Professional Corporation
5200 North Palm Avenue, Suite 302
Fresno, CA  93704.2225
Telephone:   559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendant, HENRY SCHEIN, INC.

*E-Filed 4/19/10*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY PLATZER,<br><br>           Plaintiff,<br>    vs.<br><br>HENRY SCHEIN, INC.,<br><br>           Defendant. | Case No.: 3:08-cv-04907-SI<br><br>**STIPULATION AND ORDER MODIFYING ORDER**<br><br><br><br>TRIAL DATE: June 21, 2010 |

The Case Management Conference in this matter is currently set to occur at 10:00 a.m. on April 28, 2010. Counsel for Plaintiff is unavailable due to conflicts in other pending matters. The parties, through their respective counsel of record, have conferred regarding the selection of an alternative date to proceed in the matter. The parties, through their respective counsel of record, stipulate to re-schedule the Case Management Conference to 10:00 a.m. on May 6, 2010. The parties have not previously requested a modification in

the date set for the Case Management Conference. The parties do not envision that this change will have any effect on the remaining deadlines established in this case.

DATED: April 16, 2010

EMERSON, COREY, SORENSEN,
CHURCH & LIBKE

By  /s/ Rayma Church
Rayma Church
Attorneys for Plaintiff, RODNEY PLATZER

DATED: April 16, 2010

LITTLER MENDELSON

By  /s/ Daniel J. Cravens
Daniel J. Cravens
Attorneys for Defendant HENRY SCHEIN, INC.

**IT IS SO ORDERED.**

Dated: April  16 , 2010

_____
UNITED STATES DISTRICT JUDGE