*E-Filed 5/5/10*

1  Rayma Church, No. 154897
   E-Mail: rchurch@lawecs.com
2  LAW OFFICES OF
   EMERSON, COREY, SORENSEN,
3    CHURCH & YOHMAN
   2520 WEST SHAW LANE, Suite 102
4  FRESNO, CALIFORNIA  93711-2765
   Telephone  (559) 432-7641
5   Facsimile   (559) 432-7639

6  Attorneys for Plaintiff, RODNEY PLATZER

7

   DANIEL J. CRAVENS, Bar No. 207859
8  E-Mail: dcravens@littler.com
   KHATEREH SAGE FAHIMI, Bar No. 252152
9  E-Mail: sfahimi@littler.com
   LITTLER MENDELSON
10 A Professional Corporation
   5200 North Palm Avenue
11 Suite 302
   Fresno, CA  93704.2225
12 Telephone:    559.244.7500
   Facsimile:     559.244.7525
13
   Attorneys for Defendant HENRY SCHEIN, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 | RODNEY PLATZER,              | Case No.  3:08-cv-04907-SI
18 |        Plaintiff,            | **STIPULATION RE DISMISSAL AND [PROPOSED] ORDER THEREON**
19 |   v.                         |
20 | HENRY SCHEIN, INC.,          |
21 |        Defendants.           |

22

23

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION RE DISMISSAL AND [PROPOSED] ORDER THEREON– CASE NO. C08-04907 SI

WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case. IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure. IT IS FURTHER STIPULATED by and between the parties, through their attorney's of record, that each party shall bear their own attorneys' fees and costs of suit.

Dated: May 5, 2010

_____
RAYMA CHURCH
EMERSON, COREY, SORENSEN,
CHURCH & YOHMAN
Attorneys for Plaintiff,
RODNEY PLATZER

Dated: May 5, 2010

_____
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HENRY SCHEIN, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704-2225
559.244.7500

2.

STIPULATION RE DISMISSAL AND [PROPOSED] ORDER THEREON – CASE NO. C08-04907 SI

## ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

5/5/10
Dated

*[signature]*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Firmwide:95302947.1 052225.1035

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

3.

STIPULATION RE DISMISSAL AND [PROPOSED] ORDER THEREON – CASE NO. C08-04907 SI